

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

CHRISTOPHER G. ARKO
*Senior Counsel*
Phone: (212) 356-5044
Fax: (212) 356-3509
carko@law.nyc.gov

November 19, 2018

**VIA ECF**
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re: <u>Alex Tineo v. City of New York, et al.</u>, 17 Civ. 7910 (NRB)

Your Honor:

        I am a Senior Counsel in the New York City Law Department, attorney for defendants Officer James Hannigan and Officer Edmundo Rivera in the above-referenced matter. I write to respectfully inform the Court that the parties have reached a settlement in this matter. Along with filling this letter, defendants are forwarding settlement documents to plaintiff for his execution.

        Thank you for your consideration herein.

        Respectfully submitted,

        /s/
        Christopher G. Arko
        *Senior Counsel*

cc:    <u>VIA ECF</u>
      Vikrant Pawar, Esq.
      Robert Blossner, Esq.
      *Attorneys for plaintiff*